# SPECIAL VERDICT FORM

We, the Jury, answer the special interrogatories as follows:

**Question No. 1**: Was the Defendant negligent, and if so, was this negligence a proximate cause of the Plaintiff's damages?

**Answer to Question No. 1**: Yes [ ___ ]    No [☒]

If you answered this question "No," you are done. Sign the verdict as instructed and advise the Bailiff. If you answered this question "Yes," continue to the next question.

**Question No. 2**: Was the Boundary County Jail, which is not a party to this lawsuit, negligent, and if so was the Boundary County Jail's negligence a proximate cause of the Plaintiff's damages?

**Answer to Question No. 2**: Yes [ ___ ]    No [ ___ ]

If you answered "Yes" to Question No. 2, answer Question No. 3. If you answered "No" to Question No. 2 skip to Question No. 4.

**Instruction for Question No. 3**: You will reach this question if you have found that the Defendant and the Boundary County Jail were negligent, which negligence proximately caused the damages to the Plaintiff. In this question, you are to apportion the fault between the Defendant and the Boundary County Jail in terms of a percentage. As to the Defendant and the Boundary County Jail, determine the percentage of fault for each, and enter the percentage on the appropriate line. Your total percentages must equal 100%.

**Question No. 3**: What is the percentage of fault you assign to each of the following:

| | |
|---|---|
| To the Defendant, Dr. Gordon Luther | _____% |
| To the non-party, the Boundary County Jail | _____% |
| Total must equal | 100 % |

**Question No. 4**: What is the total amount of damage sustained by the Plaintiff, Kathleen Howarth, as a result of Brian Howarth's death?

**Answer to Question No. 4**: We assess Plaintiff's damages as follows:

1. Economic damages, as defined in the Instructions:
   $_____

2. Non-economic damages, as defined in the Instructions:
   $_____

*Please sign and date the Special Verdict Form.*

Presiding Juror: ███████████████████████████

Date: *11 June 18*