# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| KATHLEEN HOWARTH, *Plaintiff* <br> v. <br> GORDON LUTHER, M.D., *Defendant* | ) ) ) ) )  Civil Action No.  2:14-CV-00312-REB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate ____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Gordon Luther, M.D. recover costs from the plaintiff *(name)* Kathleen Howarth.

☐ other: _____

This action was *(check one)*:

☑ tried by a jury with Judge  Ronald E. Bush  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  Jun 11, 2018

STEPHEN W. KENYON
CLERK OF COURT

By: *[signature]*
Signature of Clerk or Deputy Clerk